IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SANTOS EFRAIN DOMINGUEZ,
    Petitioner,

vs.                                         Case No. 3:04cv257/MCR/EMT

DONALD F. BAUKNECHT, WARDEN,
    Respondent.
                                              /

## O R D E R

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 2, 2005. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

       Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2. The amended petition for writ of habeas corpus (Doc. 3) is **DENIED** and the clerk is directed to close the file.

       **DONE AND ORDERED** this 7th day of September, 2005.


                                         _s/ M. Casey Rodgers_
                                         **M. CASEY RODGERS**
                                         **UNITED STATES DISTRICT JUDGE**